ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                              )
                                                         )
City Group Co. KSC f/k/a The Transport & Warehousing  )   ASBCA No. 59871
                                                         )
Under Contract No. W912D1-05-D-0009                     )

APPEARANCES FOR THE APPELLANT:           Richard W. Arnholt, Esq.
                                         Bryan R. King, Esq.
                                          Bass Berry & Sims PLC
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                         CPT Matthew A. Freeman, JA
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 November 2016

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 59871, Appeal of City Group Co. KSC
f/k/a The Transport & Warehousing, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals